UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 14-9004 |
|---|---|---|
| v. | : | CRIMINAL ACTION |
| Daniel J. Mack | : | ORDER OF RELEASE |

The Court orders the defendant, __DANIEL MACK__, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Submit to drug testing and treatment, as deemed necessary;

(4) Other: _____

__/s/ Daniel Mack__     __1/2/14__
DEFENDANT     DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

__/s/__
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

__1/2/14__
DATE

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

__/s/__
U.S. PRETRIAL SERVICES OFFICER